IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02298-LTB

DOUGLAS TRENT BURNS,

    Applicant,

v.

BRANDON SHAFFER, and
RAMONA KLINE,

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 19, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 19 day of January, 2016.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. García Gallegos
        Deputy Clerk